NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


In the Interest of Z.M.G., a child.     )
_____ )
                                        )
S.P.,                                   )
                                        )
            Appellant,                  )
                                        )
v.                                      )     Case No. 2D19-3704
                                        )
DEPARTMENT OF CHILDREN AND              )
FAMILIES and GUARDIAN AD LITEM          )
PROGRAM,                                )
                                        )
            Appellees.                  )
_____ )

Opinion filed September 23, 2020.

Appeal from the Circuit Court for Polk
County; Wm. Bruce Smith, Judge.

S.P., pro se.

Meredith K. Hall, Bradenton, for Appellee
Department of Children and Families.

Thomasina F. Moore, Statewide Director of
Appeals, and Joanna Summers Brunell,
Senior Attorney, for Appellee Guardian ad
Litem Program.

PER CURIAM.

Affirmed.

VILLANTI, MORRIS, and SMITH, JJ., Concur.